NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY
Jeremy Scott Barber
Latham & Watkins LLP
555 11th Street, N.W.
Suite 1000
Washington, D.C. 20004
TEL: (202) 637-2200
FAX: (202) 637-2201

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

**ORIGINAL**

FILED
CLERK, U.S DISTRICT COURT
MAR 2 3 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA MUCCIANTE, et al.<br><br>Plaintiff(s)<br><br>v.<br><br>PHILIP MORRIS INCORPORATED, a corporation, et al.<br><br>Defendant(s) | CASE NUMBER:<br>04-3349 CBM (FMOx)<br><br>APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |

NOTICE: Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available*

I, JEREMY SCOTT BARBER, hereby apply to the Court under Local Rule 2.3.2 for permission to appear and participate in the above-entitled action on behalf of ☐ Plaintiff ☒ Defendant: PHILIP MORRIS USA INC. by whom I have been retained.

My *out-of-state* business information is as follows:
Firm Name: Latham & Watkins LLP
Address: 555 11th Street, N.W., Suite 1000,
Washington, D.C. 20004
Telephone number: (202) 637-2200   Fax number: (202) 637-2201

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of Virginia | January 10, 2005 |
| | |
| | |
| | |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OF ACTION | DATE APPLICATION GRANTED OR DENIED |
|---|---|---|
| | | |
| | | |
| | | |

DOCKETED ON CM
MAR 2 5 2005
006

PAID
MAR 2 2 2005
CLERK, U S DISTRICT COURT 4612

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE
G-64 (02/02)                                                                                                                         PAGE 1 OF 2

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate   Kristin R. Lewis   as local counsel, whose business information is as follows:

Firm Name: Latham & Watkins LLP

Address:   633 West Fifth Street, Suite 4000
           Los Angeles, CA  90071-2007

Telephone number: (213) 485-1234        Fax number: (213) 891-8763

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date:  March 16, 2005

*Applicant Signature*

I hereby consent to the foregoing designation.
Date:  March 22, 2005

*Designee Signature*

229127
California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
☒ Granted.
☐ Denied and fee ordered returned.

Date:  3/23/05

chief, UNITED STATES DISTRICT JUDGE / ~~MAGISTRATE JUDGE~~

APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

G-64 (02/02)                                                              PAGE 2 OF 2

## PROOF OF SERVICE BY MAIL

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **March 22, 2005**, I served the following document described as:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

by serving a copy of the above-described document in the following manner:

**BY U.S. MAIL**

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents with the United States Postal Service; such documents are delivered to the United States Postal Service on that same day in the ordinary course of business, with postage thereon fully prepaid. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for mailing with the United States Postal Service:

**Michael A. K. Dan**
**Michael A. K. Dan, A Professional Corporation**
**1990 South Bundy Drive, Suite 540**
**Los Angeles, CA 90025**

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **March 22, 2005**, at Los Angeles, California.

*/s/ Karen Kelly*
Karen Kelly