ORIGINAL

1  LATHAM & WATKINS LLP
   Beth A. Wilkinson (admitted *pro hac vice*)
2  Allen M. Gardner (admitted *pro hac vice*)
   555 11th Street, N.W, Suite 1000
3  Washington, DC 20004-1304
   Telephone: (202) 637-2200
4  Facsimile: (202) 637-2201

5  LATHAM & WATKINS LLP
   Kristin R. Lewis (Bar No. 229127)
6  633 West Fifth Street, Suite 4000
   Los Angeles, CA 90071-2007
7  Telephone: (213) 485-1234
   Facsimile: (213) 891-8763

8
   Attorneys for Defendant
9  PHILIP MORRIS USA INC.

10 MICHAEL A. K. DAN, a Professional Corporation
   Michael A. K. Dan (Bar. No. 46383)
11 1900 South Bundy Drive, Suite 540
   Los Angeles, CA 90025
12 Telephone: (310) 979-0325
   Facsimile: (310) 979-7329

13
   Attorney for Plaintiffs
14 ANA MUCCIANTE and LORIS MUCCIANTE

FILED
CLERK, U.S DISTRICT COURT
APR 1 4 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority ✓
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only___

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

17 ANA MUCCIANTE, as Successor in
   Interest to the Estate of LOUIS
18 MUCCIANTE and LORIS
   MUCCIANTE, a minor, by her
19 Guardian ad Litem, ANA
   MUCCIANTE, individually and as
20 heirs of LOUIS MUCCIANTE,
   Deceased,

22         Plaintiffs,

23      vs.

24 PHILIP MORRIS USA INC., et al.;

25         Defendants.

Case No. CV04-3349 CBM(FMOx)

Judge: Hon. Consuelo B. Marshall

**STIPULATION AND [PROPOSED]
ORDER REGARDING DISMISSAL
OF ACTION**

Action Filed: November 7, 2003
Action Removed: May 12, 2004
Trial Date: January 10, 2006

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C

DOCKETED ON CM
APR 1 5 2005
BY

43



1        IT IS HEREBY STIPULATED by and between the parties to

2    this action through their designated counsel that the above-captioned action

3    be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each

4    side to bear their own costs and attorneys' fees.  The parties will henceforth

5    suspend all discovery and motion practice pending the disposition of this

6    action.

7

8    DATED: April 13, 2005         LATHAM & WATKINS LLP

9

10                        By: _____
                              Beth A. Wilkinson (admitted *pro hac vice*)

11                            Allen M. Gardner (admitted *pro hac vice*)
                              Kristin R. Lewis (Bar No. 229127)

12                            Attorneys for Defendant
                              PHILIP MORRIS USA INC.

13

14   DATED: April    , 2005        MICHAEL A. K. DAN,
                              A Professional Corporation

15

16                        By: _____
                              Michael A. K. Dan

17                            Attorneys for Plaintiffs
                              ANA MUCCIANTE, as Successor in

18                            Interest to the Estate of LOUIS
                              MUCCIANTE and LORIS MUCCIANTE,

19                            a minor, by her Guardian ad Litem, ANA
                              MUCCIANTE, individually and as heirs of

20                            LOUIS MUCCIANTE, Deceased

21

22

23

24

25

26

27

28             STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL

ATTORNEYS AT LAW
WASHINGTON, D C

1              IT IS HEREBY STIPULATED by and between the parties to

2 this action through their designated counsel that the above-captioned action

3 be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1), each

4 side to bear their own costs and attorneys' fees. The parties will henceforth

5 suspend all discovery and motion practice pending the disposition of this

6 action.

7

8 DATED: April   , 2005          LATHAM & WATKINS LLP

9

10                                 By: _____
                                   Beth A. Wilkinson (admitted *pro hac vice*)

11                                    Allen M. Gardner (admitted *pro hac vice*)
                                   Kristin R. Lewis (Bar No. 229127)

12                                    Attorneys for Defendant
                                   PHILIP MORRIS USA INC.

13

14 DATED: April   , 2005          MICHAEL A. K. DAN,
                                   A Professional Corporation

15

16                                 By: _____

17                                    Michael A. K. Dan
                                   Attorneys for Plaintiffs

18                                    ANA MUCCIANTE, as Successor in
                                   Interest to the Estate of LOUIS

19                                    MUCCIANTE and LORIS MUCCIANTE,
                                   a minor, by her Guardian ad Litem, ANA

20                                    MUCCIANTE, individually and as heirs of
                                   LOUIS MUCCIANTE, Deceased

21

22

23

24

25

26

27

28                  STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL

ATTORNEYS AT LAW
WASHINGTON, D.C.

                                       2

1

## [PROPOSED] ORDER

2       PURSUANT TO THE PARTIES' STIPULATION, this action is

3   hereby dismissed with prejudice, each side to bear their own costs and attorneys'

4   fees.

5       IT IS SO ORDERED.

6   Dated: _____        APR 1 4 2005

7                                       CONSUELO B. MARSHALL
                                        United States District Court Judge

8

9   DC\755616.1

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to this action. My business address is Latham & Watkins LLP, 633 West Fifth Street, Suite 4000, Los Angeles, CA 90071-2007.

On **April 14, 2005**, I served the following document described as:

### STIPULATION AND [PROPOSED] ORDER REGARDING DISMISSAL OF ACTION

by serving a true copy of the above-described document in the following manner:

### BY OVERNIGHT MAIL DELIVERY VIA FEDERAL EXPRESS

I am familiar with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express. Under that practice, documents are deposited with the Latham & Watkins LLP personnel responsible for depositing documents in a post office, mailbox, subpost office, substation, mail chute, or other like facility regularly maintained for receipt of overnight mail by Federal Express; such documents are delivered for overnight mail delivery by Federal Express on that same day in the ordinary course of business, with delivery fees thereon fully prepaid and/or provided for. I deposited in Latham & Watkins LLP' interoffice mail a sealed envelope or package containing the above-described document and addressed as set forth below in accordance with the office practice of Latham & Watkins LLP for collecting and processing documents for overnight mail delivery by Federal Express:

Michael A.K. Dan
Michael A.K. Dan , a Professional Corporation
1990 South Bundy Drive, Suite 540
Los Angeles, CA 90025
Telephone: (310) 979-0325
Facsimile: (310) 979-7329

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on **April 14, 2005**, at Los Angeles, California.

_Karen Kelly_
Karen Kelly